Antigone G. Peyton (*pro hac vice* to be filed)
Kandis M. Koustenis
CLOUDIGY LAW PLLC
8300 Greensboro Drive, Suite 1250
McLean, VA 22102
Tel: (703) 436-2033
Fax: (703) 436-2268
Email: antigone.peyton@cloudigylaw.com
Email: kandis.koustenis@cloudigylaw.com

Norris Wolff
KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
551 Fifth Avenue
New York, NY 10176
Tel: (212) 880-9860
Fax: (212) 986-8866
Email: nwolff@kkwc.com

*Attorneys for House of Moxie, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMALL BUSINESS BODYGUARD, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> HOUSE OF MOXIE, INC., <br><br> *Defendant*. | Civil Action No. 14-CV-7170 <br> Judge Colleen McMahon <br> Magistrate Judge Michael H. Dolinger |

### NOTICE OF MOTION TO DISMISS

Please take notice that upon the accompanying Memorandum in Support of House of Moxie's Motion to Dismiss dated September 30, 2014, Defendant House of Moxie, Inc. will move this Court before the Honorable Colleen McMahon, 500 Pearl Street, New York, NY 10007 for an Order dismissing with prejudice the Complaint filed September 5, 2014 pursuant to

Federal Rule of Procedure 12(b)(6) and granting such further relief as may be just and appropriate.

Dated: September 30, 2014	Respectfully submitted,

*/s/ Kandis M. Koustenis*

Antigone G. Peyton (*pro hac vice* to be filed)
Kandis M. Koustenis
CLOUDIGY LAW PLLC
8300 Greensboro Drive, Suite 1250
McLean, VA 22102
Tel: (703) 436-2033
Fax: (703) 436-2268
Email: antigone.peyton@cloudigylaw.com
Email: kandis.koustenis@cloudigylaw.com

Norris Wolff
KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
551 Fifth Avenue
New York, NY 10176
Tel: (212) 880-9860
Fax: (212) 986-8866
Email: nwolff@kkwc.com

*Attorneys for House of Moxie, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to counsel for the parties. Service copies were also provided via email to counsel for Plaintiff:

Benjamin S. Thompson
THOMPSON BUKHER LLP
369 Lexington Avenue
Suite 327
New York, NY 10017
Email: bthompson@thomplegal.com

*/s/ Kandis M. Koustenis*