

# THOMPSON BUKHER LLP
## From Concept Onward

369 Lexington Avenue | Suite 327 | New York, NY 10017 | 212.920.6050

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/14
```

Benjamin S. Thompson
tel 646.770.1097 | fax 646.924.3040
bthompson@thomplegal.com

October 24, 2014

VIA FACSIMILE

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 17C
New York, New York 10007

*[handwritten: 10/27/14 OK — memo w/ © cover of entire]*

*[signature: Colleen McMahon]*

**Re:** *Small Business Bodyguard, Inc. v. House of Moxie, Inc. v. Rachel Rodgers Law Office, P.C. and Rachel Rodgers*, Civ. Action No. 14-CV-7170 (J. McMahon)

Dear Judge McMahon:

**MEMO ENDORSED**

This firm represents Small Business Bodyguard, Inc. ("SBBI"), Rachel Rodgers Law Office, P.C., and Rachel Rodgers in the above-referenced action. We write pursuant to Your Honor's request, at our preliminary conference hearing this morning, for documentary supplementation to support SBBI's third cause of action for copyright infringement in this matter.

As noted at our conference, SBBI erroneously identified the copyright for the SBBI works in question by its U.S. Copyright Office case number (Case # 1-969366411). *See* Complaint ¶ 55. The correct identification of the copyright is Registration Number SR 749-243 (Effective Date of Registration: July 25, 2013) (the "Copyright"). Attached hereto at Exhibit A please find a preview copy of the registration certificate for the Copyright. Claimant Rachel Rodgers (President of SBBI) assigned the Copyright to SBBI's predecessor in interest effective June 10, 2014. Also, attached hereto at Exhibit B please find a screenshot of the Public Catalog for the Copyright as displayed on the U.S. Copyright Office website at cocatalog.loc.gov.

We should note that counsel for House of Moxie, Inc. ("HOM"), at conference between the parties, raised the question of whether, based on the fact that the Copyright Registration Number commences with the "SR" (sound recording) designation, the Copyright covers the text of the work in question. As evidenced by the description of contents set forth in Exhibits A and B, the Copyright does in fact cover the text of the work in question in addition to the sound recordings which are marketed along with that text. Further attached hereto at Exhibit C please find a copy of an email from Neil Gladd, Registration Specialist of the U.S. Copyright Office, that the initial certificate erroneously neglected to include the text work in its description of contents and that this error has been corrected in the new certificate.

Hon. Colleen McMahon
October 24, 2014
Page 2 of 2

      We very much appreciate Your Honor's consideration of this attempt to fix our original scrivener's error or, alternatively, we would appreciate leave to amend the complaint to include the correct copyright registration number designation. Please let us know if there are any questions or concerns arising from this letter or its attached content.

                                              Respectfully yours,

                                              Benjamin S. Thompson

cc: Tim Bukher, Thompson Bukher LLP (via electronic transmission); Antigone Peyton, Cloudigy Law PLLC (via electronic transmission); Kandis Koustenis, Cloudigy Law PLLC (via electronic transmission)