UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMALL BUSINESS BODYGUARD INC., <br><br>     *Plaintiff/Counterclaim Defendant*, <br><br> – against – <br><br> HOUSE OF MOXIE, INC., <br><br>    *Defendant/Counterclaim Plaintiff*, <br><br> – against – <br><br> RACHEL RODGERS LAW OFFICE, PC and RACHEL RODGERS, <br><br>    *Additional Counterclaim Defendants.* | **Civ. Action No. 14-CV-7170** <br> Judge Colleen McMahon <br> Magistrate Judge Michael H. Dolinger <br><br> ECF Case |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for Leave to Amend and Supplement the Complaint, dated November 7, 2014, Plaintiff will move this Court before the Honorable Colleen McMahon, 500 Pearl Street, New York, New York 10007 on a day specified by this Court for an Order pursuant to Federal Rules of Civil Procedure 15, granting this motion and granting such further relief as the Court deems just and appropriate.

1

PLEASE TAKE FURTHER NOTICE that opposition papers, if any, must be served in accordance with Local Rule 6.1(a) unless otherwise ordered by the Court.

Dated: New York, New York

November 7, 2014

                THOMPSON BUKHER LLP

By: _____
      Benjamin S. Thompson (BT2176)
      Tim Bukher (TB1984)
369 Lexington Avenue, Suite 327
New York, NY 10017
(212) 920-6050

*Attorneys for Plaintiff
and Counterclaim Defendants*