McMahon, C.

Antigone G. Peyton (admitted *pro hac vice*)
Kandis M. Koustenis
CLOUDIGY LAW PLLC
8300 Greensboro Drive, Suite 1250
McLean, VA 22102
Tel: (703) 436-2033
Fax: (703) 436-2268
Email: antigone.peyton@cloudigylaw.com
Email: kandis.koustenis@cloudigylaw.com

Norris D. Wolff
KLEINBERG, KAPLAN, WOLFF, COHEN, P.C.
551 Fifth Avenue
New York, NY 10176
Tel: (212) 880-9860
Fax: (212) 986-8866
Email: nwolff@kkwc.com

*Attorneys for House of Moxie, Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMALL BUSINESS BODYGUARD, INC., *Plaintiff/Counterclaim-Defendant*, - against - HOUSE OF MOXIE, INC., *Defendant/Counterclaim-Plaintiff,* - against - RACHEL RODGERS LAW OFFICE, PC and RACHEL RODGERS, *Counterclaim-Defendants.* | **CORRECTED NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** Civil Action No. 14-CV-7170 (CM) (MHD) |

## CORRECTED NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rules 41(a)(1)(A)(i) and 41(c) of the Federal Rules of Civil Procedure, Counterclaim-Plaintiff House of Moxie, Inc. hereby gives notice that the following counterclaims are voluntarily dismissed, without prejudice, against Counterclaim-Defendant Small Business Bodyguard, Inc.: FIRST COUNTERCLAIM for Declaratory Judgment Of Rescission Against SBBI, (Dkt. 50, ¶¶ 141-155); SIXTH COUNTERCLAIM for Copyright Infringement Against SBBI, (Dkt. 50, ¶¶ 205-211); and SEVENTH COUNTERCLAIM for Copyright Infringement Against SBBI, (Dkt. 50, ¶¶ 212-218).

Date: January 14, 2015

Respectfully submitted,

/s/ Antigone G. Peyton

Antigone G. Peyton (admitted *pro hac vice*)
Kandis M. Koustenis
CLOUDIGY LAW PLLC
8300 Greensboro Drive, Suite 1250
McLean, VA 22102
Tel: (703) 436-2033
Fax: (703) 436-2268
Email: antigone.peyton@cloudigylaw.com
Email: kandis.koustenis@cloudigylaw.com

Norris D. Wolff
KLEINBERG, KAPLAN, WOLFF &
COHEN, P.C.
551 Fifth Avenue
New York, NY 10176
Tel: (212) 880-9860
Fax: (212) 986-8866
Email: nwolff@kkwc.com

*Attorneys for House of Moxie, Inc.*

**SO ORDERED:**

/s/ CM
U.S.D.J.

1/15/2015

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2015, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to counsel for the parties.

_/s/ Heather Lewis_