UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SMALL BUSINESS BODYGUARD, INC.,

       Plaintiff,

-against-                               14 Civ. 7170 (CM)

HOUSE OF MOXIE, INC., et al.,

       Defendants.

------------------------------------------------------------x

## ORDER SETTING BOND

McMahon, J.:

    Having considered the submissions of the parties, IT IS HEREBY ORDERED that

    The temporary restraining order presently in effect shall be modified to be conditioned on the posting of a bond with the clerk of the court in the amount of $10,000. The Plaintiff has until March 23, 2015 at 5 PM to post the bond with the Clerk of the Court. Failure to post the bond by the deadline imposed by the court will result in the vacatur of the TRO.

Dated: March 19, 2015

                                                      U.S.D.J.